**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1417**

———————

In Re:  FRANK YAMBO,

                    Petitioner.

———————

On Petition for Writ of Mandamus.

———————

Submitted:  June 23, 2016                Decided:  June 28, 2016

———————

Before MOTZ, KING, and WYNN, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Frank Yambo, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Yambo petitions for a writ of mandamus seeking an order directing the Southern Correctional Institution to provide him with a Halal diet. We conclude that Yambo is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

Yambo has not shown he has a clear right to the relief sought. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED